AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amanda Whatley, SSgt. Joshua Whatley, Leah Fuhrman, PO1 Randy Furhman, Stephany Cross, SSgt. Paul Cross, CW4 Robert Domen, Victoria Howe, GySgt. Scott Howe, Jenna Risher, Sgt Levi Risher, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>Atlantic Marine Corps Communities, LLC, d/b/a Atlantic Marine Corps Communities at Tri-Command, f/k/a Tri-Command Managing Member LLC, a/f/k/a Tri-Command Military Housing LLC, and Atlantic Marine Corps Communities Property Management,<br>Defendants. | Civil Action No.:  9:17-cv-2716-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from  the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at  the date of _____%,  along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____  recover costs from the plaintiff *(name)*_____.

✔ other:   This action is dismissed without prejudice.

This action was  *(check one):*

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable Bruce Howe Hendricks, United States District Judge, having granted in part a Motion to Dismiss.

September 28, 2018

Robin L. Blume, CLERK OF  COURT

By:  s/Virginia Druce, Deputy Clerk